U.S. Department of Justice  Criminal Docket
Washington, D.C.
09/09/2016/mt

__McALLEN__ Division   CR. No. **M-16-1363**

**SEALED INDICTMENT** Filed: September 13, 2016   Judge: **RICARDO H HINOJOSA**

County: Hidalgo
Lions #: **2016R18525**   Attorneys:
UNITED STATES OF AMERICA   KENNETH MAGIDSON, U.S. ATTORNEY

v.   KRISTEN J. REES, ASST. U.S. ATTORNEY

JUAN JOSE GARZA   Cts. 1-8
--WARRANT--
ARMANDO JIMENEZ   Cts. 1-8
--WARRANT--

Charge(s):   Cts. 1:   Conspiracy to commit Wire Fraud.
             Title 18, United States Code, Sections 1349 and 1343.
             Cts. 2-8: Wire Fraud.
             Title 18, United States Code, Sections 1343 and 2.

Total
Counts
**(8)**

Penalty:   Cts. 1-8:   Imprisonment for not more than 20 yrs. and/or a fine not to exceed $250,000 and not more than a 3 yr. SRT (as to each count)

Agency:   HUD-Office of the Inspector General –Walter Zapata – 2013SW000238I

Proceedings

Date