## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                      Case Number: 7:16–cr–01363

Juan Jose Garza
Armando Jimenez

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:** 4/18/2018

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Sentencing


Date:   February 9, 2018

                                                                David J. Bradley, Clerk